### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ANTHONY PATRICK MURPHY**, individually and on behalf of all others similarly situated, | CASE NO. 4:18-CV-00519 |
| *Plaintiff,* | **CLASS ACTION COMPLAINT** |
| *v.* | |
| **RANDALL-REILLY LLC,** an Alabama limited liability company, | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Anthony Patrick Murphy pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action.  All claims of Plaintiff, Anthony Murphy, individually, are hereby dismissed without prejudice.


Dated: July 2, 2018

**ANTHONY PATRICK MURPHY**, individually and on behalf of all others similarly situated,


By: s/ Dana Opitz_____
         Dana Opitz

Dana Opitz
3108 San Sebastian
Carrollton, Texas 75006
(682) 309-4862
danamarie15@gmail.com

Stefan Coleman
Law@StefanColeman.com
Law Offices of Stefan Coleman, P.A.

201 S. Biscayne Blvd., 28th floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
(Admitted to the Northern Dist of Texas)