IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| ANTHONY PATRICK MURPHY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § |
| Plaintiff, | § § |
| VS. | § NO. 4:18-CV-519-A § |
| RANDALL-REILLY LLC,, | § § |
| Defendant. | § |

FINAL JUDGMENT

Consistent with the notice of voluntary dismissal filed by plaintiff, Anthony Patrick Murphy, on July 2, 2018,

The court ORDERS, ADJUDGES, and DECREES that plaintiff's claims against defendant, Randall-Reilly LLC, be, and are hereby, dismissed without prejudice.

SIGNED July 3, 2018.

_____
JOHN McBRYDE
United States District Judge